Michael S. Cunningham, Esq.   CSBN 272969
mike@laborattorney.com
CUNNINGHAM LAW, APC
32605 Temecula Parkway, Suite 211
Temecula, California 92592
Telephone: (858) 376-7390
Facsimile:   (858) 366-4158

Attorney for Plaintiff


Jon C. Yonemitsu CSBN 199026
jyonemitsu@grsm.com
Kara A. Ritter  CSBN 306515
kritter@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5091
Facsimile: (213) 680-4470

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY EDQUID, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ENERSYS DELAWARE INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 4:18-CV-04933-KAW<br>Complaint Filed: July 19, 2018<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>Hearing Date:  November 20, 2018<br>Time:  1:30 PM<br>Mag. Judge: Hon. Kandis A. Westmore<br>Courtroom: Ronald Dellums Federal Building, 1301 Clay Street, Oakland, CA 94612 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Harry Edquid ("Plaintiff") and Defendant Enersys Delaware Inc. ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties") hereby jointly submit this Stipulation and [Proposed] Order to continue the Case Management Conference, which was previously continued from November 13, 2018 to November 20, 2018.

The Parties, through their attorneys of record stipulate to the following:

**WHEREAS** the Parties jointly agree to continue the Case Management Conference date from November 20, 2013 at 1:30 p.m. to ~~November 30, 2018~~ at 1:30 p.m.

**WHEREAS** the reason for this Stipulation is: 1) Plaintiff's Counsel is unavailable on the date and time for which the hearing is scheduled, as a result of a previously planned family vacation. Plaintiff's Counsel would face considerable expense to attend the hearing as Counsel has pre-paid for his travel, which is non-refundable.

**WHEREAS** a hearing continuance would not prejudice either party.

**IT IS SO STIPULATED.**


Date: November 2, 2018            **GORDON REES SCULLY MANSUKHANI, LLP**

By:    */s/ Kara A. Ritter*
        Kara A. Ritter
        Jon C. Yonemitsu
        **Attorneys for Defendant**


Date: November 2, 2018            **CUNNINGHAM LAW, APC**

By:    */s/ Michael S. Cunningham*
        Michael S. Cunningham, Esq.
        **Attorney for Plaintiff**

**[PROPOSED] ORDER**

Upon stipulation of the parties, and good cause having been shown, IT IS HEREBY ORDERED that the Case Management Conference in the above-captioned matter is hereby CONTINUED to December 4, 2018 at 1:30 p.m.

**IT IS SO ORDERED.**

Date: 11/5/18        By: *Kandis Westmore*

Hon. Kandis A. Westmore
United States Magistrate Judge
Northern District of California

Cunningham Law, APC
32605 Temecula Parkway, Suite 211
Temecula, California 92592
Telephone: (858) 376-7390
Facsimile: (858) 366-4158