| | |
|---|---|
| 1 | MICHAEL S. CUNNINGHAM (SBN: 272969)<br>michael@michaelcunninghamlaw.com |
| 2 | Cunningham Law, APC<br>32605 Temecula Parkway, Suite 211 |
| 3 | Temecula, California 92592<br>Telephone: (858) 376-7390 |
| 4 | Facsimile: (858) 366-4158 |
| 5 | Attorneys for Plaintiff HARRY EDQUID |
| 6 | JON C. YONEMITSU (SBN: 199026)<br>jyonemitsu@grsm.com |
| 7 | KARA A. RITTER (SBN: 306515)<br>kritter@grsm.com |
| 8 | Gordon Rees Scully Mansukhani, LLP<br>633 West Fifth Street, 52nd Floor |
| 9 | Los Angeles, CA 90071<br>Telephone: (213) 576-5091 |
| 10 | Facsimile: (213) 680-4470 |
| 11 | Attorneys for Defendant ENERSYS DELAWARE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY EDQUID, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>ENERSYS DELAWARE, INC., a Delaware Corporation, DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 4:18-cv-04933-KAW<br><br>**STIPULATION FOR DISMISSAL OF ACTION AND ORDER**<br><br>Mag. Judge: Hon. Kandis A. Westmore<br><br>(Complaint filed in Superior Court for the County of Alameda, Case No. RG18913430) |

## **STIPULATION**

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Plaintiff HARRY EDQUID ("Plaintiff") and Defendant ENERSYS DELAWARE INC. ("Defendant") (collectively "the parties"), acting through their respective counsel of record, hereby stipulate that this action be

1

DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees, except as otherwise provided in the parties' settlement agreement.

Dated: February 12, 2019

Respectfully submitted,

Cunningham Law, APC

/s/
Michael S. Cunningham

Dated: February 12, 2019

Respectfully submitted,

Gordon Rees Scully Mansukhani, LLP

/s/
Jon C. Yonemitsu
Kara A. Ritter

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HARRY EDQUID, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>ENERSYS DELAWARE, INC., a Delaware Corporation, DOES 1 through 10, inclusive,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 4:18-cv-04933-KAW<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL**<br><br>Mag. Judge: Hon. Kandis A. Westmore<br><br>(Complaint filed in Superior Court for the County of Alameda, Case No. RG18913430) |

## **ORDER**

On the stipulation of the parties, and good cause appearing therefor, this action is dismissed with prejudice, each side bearing its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: __2/14/19__        _____
The Honorable Judge Kandis A. Westmore

*IT IS SO ORDERED*
*Kandis Westmore*
*Judge Kandis Westmore*